## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-MJ-283 |
| JOSHUA STEPHENSON, | ) |
| | )  Judge: Harvey |
| | ) |
| Defendant. | ) Status Date: January 10, 2023 |

### DEFENDANT JOSHUA STEPHENSON'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW Joshua Stephenson, through undersigned counsel, and requests a continuance of the preliminary hearing/status conference scheduled for January 10, 2023, with the consent of the government, stating as follows:

1. Defendant is charged with one count of 18 U.S.C. 3142(f)(1)(A).

2. This matter is currently scheduled for a preliminary hearing/status hearing on January 10, 2023.

3. Mr. Stephenson is also detained in a matter in D.C. Superior Court, case number 2022 CF1 007594, where he is charged with one count of first-degree murder. In that matter, where he is being represented by a different attorney, counsel has been made aware that a bond hearing was held on January 5, 2023, and that he was held without bond under D.C. Code 23 § 1325(a). His next court date in that matter is March 10, 2023.

1

4. Because Mr. Stephenson is already detained in another matter, and because the parties are still beginning the discovery process, there is no reason to have a preliminary hearing or status date at this time. Accordingly, Mr. Stephenson requests that the preliminary hearing and status in this matter to a date approximately sixty (60) days out, after March 10, 2023.

5. Undersigned counsel has communicated with AUSA James Nelson, who indicates that the government does not oppose this motion.

6. The parties have discussed a new conference date, and suggest March 15, 16, 17, or 21, 2023. If those dates do not work, the parties can find a date that is mutually available.

7. The defendant consents to the exclusion under the Speedy Trial Act of the time between January 10, 2023, and the new status date.

  WHEREFORE, the defendant requests the court to vacate the current date of January 10, 2023, and to set a new preliminary hearing/status date for either March 15, 16, 17, or 21, 2023, or to any other date available to the parties and this Honorable Court, and for any other relief this court deems proper a continuance of the status hearing to a date at least two weeks out.

Respectfully submitted,

JOSHUA STEPHENSON
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Joshua Stephenson
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 9th day of January, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Joshua Stephenson
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com