IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-MJ-283 |
| JOSHUA STEPHENSON, | ) |
| | )  Judge: Harvey |
| | ) |
| Defendant. | ) Status Date: January 10, 2023 |

## ORDER

Upon consideration of Defendant's Consent Motion to Continue Status Conference, it is, this day of _____ day of January, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Preliminary Hearing and Status Conference shall take place on _____, 2023, at _____ a.m./p.m. ; and it is further

ORDERED, that in the interest of justice, and to allow the defendant to properly investigate this matter, the time between January 10, 2023, and _____, 2023, shall be excluded under the Speedy Trial Act.

SO ORDERED.

_____
G. Michael Harvey
United States Magistrate Judge